UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| KENNETH MATTHEW GOMES,<br>    Plaintiff,<br>v.<br>COMMISSIONER OF SOCIAL SECURITY,<br>    Defendant. | CIVIL NO. 2:25-cv-00023-SCR<br><br>ORDER |

## ORDER

Based upon Defendant's Unopposed Motion to Strike and Replace the Certified Administrative Record, and for cause shown, **IT IS ORDERED** that Defendant's Motion (ECF No. 8) is **GRANTED**. Defendant shall file a replacement Certified Administrative Record.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall strike the previously filed Certified Administrative Record (ECF No. 7).

DATED: April 7, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE